

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-24-2009

# Saudi Amer Bank v. Shaw Grp Inc

Precedential or Non-Precedential: Precedential

Docket No. 05-2717

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Saudi Amer Bank v. Shaw Grp Inc" (2009). *2009 Decisions.* Paper 1798.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1798

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 05-2717 & 07-1772

_____

IN RE: STONE & WEBSTER, INCORPORATED, ET AL.,
Debtor

SAUDI AMERICAN BANK

v.

SHAW GROUP, INC.;
SWINC ACQUISITION THREE, INC.;
SWE&C LIQUIDATING TRUSTEE,
successor to Stone & Webster Engineering Corporation, et al.

Shaw Group, Inc.,
Appellant

_____

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 04-cv-00834)
District Judge: Honorable Sue L. Robinson

_____

Argued April 18, 2008

Before: SCIRICA, Chief Judge, AMBRO and FISHER, Circuit Judges

**O R D E R**

The petition for panel rehearing filed by Appellee in the above entitled case having been submitted to the judges who participated in the decision of this Court is hereby granted. The prior opinion is hereby vacated. A precedential opinion shall be issued.

By the Court,

/s/ Thomas L. Ambro
Circuit Judge

Dated: February 24, 2009